UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                                      Criminal No. 06-cr-118-01-PB

<u>Evane Eustaquio Alves Duarte</u>


      The defendant has moved to continue the August 15, 2006 trial in the above case. Defendant cites the need for additional time to negotiate the details of a possible plea agreement or, alternatively, to investigate facts and prepare for trial. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to negotiate a plea agreement, or properly prepare for trial, the court will continue the trial from August 15, 2006 to November 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 8, 2006 final pretrial conference is continued until October 23, 2006 at 4:45 PM.

SO ORDERED.


August 9, 2006                                     /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge


cc:     Mark Zuckerman, Esq.
        Jeffrey Levin, Esq.
        U. S. Probation
        U. S. Marshal